UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES and SHARON LAVIGNE,<br><br>*Plaintiffs*<br><br>v.<br><br>TOWN OF GRAMERCY and STEVE NOSACKA, in his official capacity as the Mayor of the Town of Gramercy,<br><br>*Defendants* | CIVIL ACTION NO.: 20-3066<br><br>DIVISION: A<br><br>SECTION: 3<br><br>JUDGE: Jay C. Zainey<br><br>MAGISTRATE JUDGE: Douglas |

## JOINT MOTION FOR ORDER OF DISMISSAL

NOW COME THE PARTIES TO THIS MATTER, Plaintiffs RISE St. James and Sharon Lavigne, and Defendants Town of Gramercy and Steve Nosacka (collectively "the Parties"), by their undersigned attorneys, and hereby move this Honorable Court to enter the attached agreement of the parties and to enter an order of dismissal. In support thereof, the Parties state:

1. On November 11, 2020, Plaintiffs RISE St. James and Sharon Lavigne filed a Complaint pursuant to 42 U.S.C. §1983, challenging Chapter 50, Article II of the Town of Gramercy Code of Ordinances that governs parade permits ("Ordinance").

2. Plaintiffs asserted that the Ordinance was violative of their free speech rights guaranteed by the First Amendment to the United States Constitution.

3. The Parties have engaged in extensive discovery and settlement negotiations, resulting in a Settlement Agreement governing the claims in this matter.

4. This Agreement is memorialized and attached hereto as Exhibit 1.

5. The Parties have further arrived at mutually agreeable revisions to the Ordinance, which have been adopted by the Town and are attached hereto as Exhibit 2.

6. The Parties further mutually agree that Defendants will pay $45,000 in attorneys' fees and $100 in nominal damages to Plaintiff RISE St. James.

7. Once entered and executed, this Agreement will resolve all claims between the Parties.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court dismiss this action, subject to the right of a Party to reopen it to enforce a provision of the Agreement.

This 17th day of November, 2022.

Respectfully submitted,

FOR PLAINTIFFS:

*/s/ Katie Schwartzmann*
Katie Schwartzmann, La. No. 30295
Tulane University School of Law
First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, La 70118
(504) 862-8813
kschwartzmann@tulane.edu

*Attorney for Plaintiffs*

FOR DEFENDANTS:

*/s/ J. Scott Thomas*
J. Scott Thomas, La. No. 22635
6767 Perkins Road
Post Office Box 4327
Baton Rouge, Louisiana 70808
(225) 344-5001
sthomas@lma.org

*Attorney for Defendants*