UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RISE ST. JAMES and SHARON LAVIGNE, *Plaintiffs* <br><br> v. <br><br> TOWN OF GRAMERCY and STEVE NOSACKA, in his official capacity as the Mayor of the Town of Gramercy, <br><br> *Defendants* | CIVIL ACTION NO.: 20-3066 <br><br> DIVISION: A <br><br> SECTION: 3 <br><br> JUDGE: Jay C. Zainey <br><br> MAGISTRATE JUDGE: Douglas |

## ORDER

The Court, having reviewed the foregoing Joint Motion and relevant filings, and noting that the Parties entered into a settlement agreement in this matter, finds that dismissal is proper, subject to Plaintiffs' right to re-open the proceeding should Defendant fail to implement the Settlement Agreement.

Accordingly, IT IS ORDERED that the motion is GRANTED and this matter be and is hereby DISMISSED.

New Orleans, Louisiana, this 18th day of November, 2022.

_____
HONORABLE JUDGE JAY C. ZAINEY